IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EARL MCBRIDE, JR., (TDCJ-CID #315371) Petitioner, VS. LORIE DAVIS, Respondent. | CIVIL ACTION NO. H-16-2012 |

**FINAL JUDGMENT**

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is dismissed with prejudice.

This is a final judgment.

SIGNED on August 22, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge