# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-20626
Summary Calendar

D.C. Docket No. 4:16-CV-2012

United States Court of Appeals
Fifth Circuit
**FILED**
May 14, 2018
Lyle W. Cayce
Clerk

United States District Court
Southern District of Texas
**FILED**
JUN 0 5 2018
David J. Bradley, Clerk of Court

EARL MCBRIDE, JR.,

        Petitioner - Appellant

v.

LORIE DAVIS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

        Respondent - Appellee

Appeals from the United States District Court for the
Southern District of Texas

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is vacated, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.



Certified as a true copy and issued
as the mandate on **Jun 05, 2018**

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 05, 2018

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 16-20626    Earl McBride, Jr. v. Lorie Davis, Director
                          USDC No. 4:16-CV-2012

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Sabrina B. Short, Deputy Clerk
                                504-310-7817

cc:
      Mr. Joseph Peter Corcoran
      Mr. Edward Larry Marshall
      Mr. Earl McBride Jr.